**Electronically Filed
Intermediate Court of Appeals
CAAP-20-0000764
09-JUN-2021
09:35 AM
Dkt. 32 ODSD**

NO. CAAP-20-0000764

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

ASSOCIATION OF APARTMENT OWNERS OF
MARINE SURF WAIKIKI, INC., a Hawaiʻi Nonprofit corporation,
by its Board of Directors, Plaintiff-Appellee, v.
NIKODEM PIKOR, Defendant-Appellant

NIKODEM PIKOR, Counterclaimant-Appellant, v.
ASSOCIATION OF APARTMENT OWNERS OF
MARINE SURF WAIKIKI, INC., a Hawaiʻi Nonprofit corporation,
by its Board of Directors, Counterclaim Defendant-Appellee

NIKODEM PIKOR, Third Party Plaintiff-Appellant, v.
THYSSENKRUPP ELEVATOR CORPORATION, Foreign Profit Corporation,
Third Party Defendant-Appellee

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
HONOLULU DIVISION
(CIVIL CASE NO. 1RC191003776)

ORDER DISMISSING APPEAL
(By: Ginoza, Chief Judge, Fujise and Wadsworth, JJ.)

Upon review of the record, it appears that:

(1) On December 18, 2020, Defendant/Counterclaimant/ Third-Party Plaintiff-Appellant Nikodem Pikor (Pikor) filed the notice of appeal;

(2) The opening brief was due on a second extension on or before May 14, 2021;

(3) Pikor failed to file the opening brief or request another extension of time;

(4) On May 21, 2021, the appellate clerk notified Pikor that the time for filing the opening brief had expired, the matter would be called to the court's attention on June 1, 2021, for appropriate action, which could include dismissal of the appeal, under Hawaiʻi Rules of Appellate Procedure Rule 30, and Pikor could request relief from default by motion; and

(5) Pikor took no further action in this appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED:  Honolulu, Hawaiʻi, June 9, 2021.

/s/ Lisa M. Ginoza
Chief Judge

/s/ Alexa D.M. Fujise
Associate Judge

/s/ Clyde J. Wadsworth
Associate Judge